■ In the Matter of CHARLES I. GARSIDE, Respondent, v. MOST PREFERRED, INC., et al., Appellants.— Order, entered on August 4, 1961, unanimously affirmed, with $50 costs and disbursements to the petitioner-respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ ANTHONY ACOMPORA, Respondent, v. SUDON SPORTS PROMOTION, INC., Appellant, et al., Defendants.— Order, entered on June 13, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ JOAN M. ELKIN, Respondent, v. BERNARD P. ELKIN, Appellant.— Order, entered on June 6, 1961, unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ CHARLES MINGUS, Respondent, v. TRAILWAYS OF NEW ENGLAND, INC., et al., Appellants, et al., Defendants.— Order, entered on May 8, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of MAE ESPOSITO et al., Appellants, v. MILSAM REALTY CORPORATION, Respondent.— Order, entered on February 24, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIDNEY G. SPARROW, Appellant, v. HENRY J. NOBLE, as Warden of New York City Penitentiary, Rikers Island, Respondent.— Order, entered on August 3, 1961, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ JOSE C. GONZALEZ, Appellant, v. LA PRENSA, INC., Respondent.— Order entered on October 28, 1960 unanimously affirmed, with costs to respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ BLANCHE PRIORE v. PHILIP PRIORE.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ ANNE NARDONE v. ANTHONY NARDONE.— Motion for leave to withdraw as attorney granted. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ RENAULT, INC., v. AUTO IMPORTS, LTD., et al.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THOMAS G. VISKOVICH v. WALSH-FULLER-SLATTERY et al.— Motion for a stay granted. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ G. M. C. PROCESS CORP. v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Motion for an order directing that the proof of the printed papers annexed to the moving papers herein be printed in final form and that such papers be deemed a supplemental part of the record on appeal granted. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ LOUIS MILLER v. BUILDING SERVICE MAINTENANCE AND MISCELLANEOUS EMPLOYEES UNION et al.— Motion for a stay granted on condition that the appeal is perfected for argument or submission during the February 1962 Term of this court. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.